ORIGINAL

AO 91 (Rev. 11/82)

# CRIMINAL COMPLAINT

| UNITED STATES DISTRICT COURT | CENTRAL DISTRICT OF CALIFORNIA |
|---|---|

FILED
CLERK, U.S. DISTRICT COURT

APR 1 1 2018

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| UNITED STATES OF AMERICA<br>v.<br>OSCAR OCHOA | DOCKET NO. |
|---|---|
| | MAGISTRATE'S CASE NO.<br>**18 MJ 00870** |

Complaint for violation of Title 18, United States Code, Section 2115: Post Office Burglary

| NAME OF MAGISTRATE JUDGE<br>**HONORABLE ALEXANDER F. MACKINNON** | **UNITED STATES MAGISTRATE JUDGE** | LOCATION<br>Los Angeles, California |
|---|---|---|

| DATE OF OFFENSE<br>March 2, 2018 | PLACE OF OFFENSE<br>Los Angeles County | ADDRESS OF ACCUSED (IF KNOWN) |
|---|---|---|

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

[18 U.S.C. § 2115]

On or about March 2, 2018, in Los Angeles County, within the Central District of California, defendant OSCAR OCHOA forcibly broke into or attempted to break into a post office or other building used in whole or in part as a post office with the intent to commit larceny or depredation therein.

LODGED

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:  (See attached affidavit which is incorporated as part of this Complaint)

MATERIAL WITNESSES IN RELATION TO THIS CHARGE:  N/A

| Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT<br>**TINH TANG** |
|---|---|
| | OFFICIAL TITLE<br>Inspector, USPIS |

Sworn to before me and subscribed in my presence,

| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>April 11, 2018 |
|---|---|

[1] See Federal Rules of Criminal Procedure 3 and 54

AUSA: THOMAS F. RYBARCZYK x8452   REC: DETENTION

## **AFFIDAVIT**

I, Tinh Tang, being duly sworn, declare and state as follows:

### I. **PURPOSE OF THE AFFIDAVIT**

1.    This affidavit is made in support of a criminal complaint against and arrest warrant for OSCAR OCHOA for a violation of Title 18, United States Code, Section 2115 (Post Office Burglary).

### II. **BACKGROUND OF USPIS INSPECTOR TINH TANG**

2.    I am a Postal Inspector with the United States Postal Inspection Service ("USPIS") and have been so employed since August 2017.  As part of my training as a United States Postal Inspector, I attended a twelve-week training course in Potomac, Maryland, which included training in the investigation of mail theft.  I am presently assigned to the Los Angeles Division, Pasadena Mail Theft Investigative Team, which investigates crimes against the United States Postal Service ("USPS") and crimes related to the misuse and attack of the mail system, including theft of United States mail ("US Mail"); possession of stolen US mail; fraud, related activity in connection with access devices (including credit and debit cards), and identity theft.  As part of the Mail Theft team, I have worked closely with, and learned from, other Postal Inspectors on investigations of crimes in connection with access devices that include credit cards and debit cards, identity theft, and unauthorized use of other persons' information for financial

gain, as these criminal schemes have been known to be perpetrated through the US Mail.

3.    The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various databases within the U.S. Postal Service, and testimony from postal service employees. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and arrest warrant, and does not purport to set forth all of my knowledge of or investigation into this matter.  Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

### III.  SUMMARY OF PROBABLE CAUSE

4.    On December 28, 2017 and March 2, 2018, a man, later identified as OCHOA, pried open Post Office Boxes ("P.O. Boxes") and parcel lockers at the Llano, California Post Office (the "Post Office"), 17234 Pear Blossom Highway, Llano, California 93544 using a tool, and stole mail.  On March 5, 2018, while the Post Office was closed, OCHOA broke the glass door leading to the retail area and back office at the Post Office with bolt cutters.

### IV. STATEMENT OF PROBABLE CAUSE

5.    Based on my conversation with Inspector Wright, as well as my review of surveillance videos, DMV records, photographs, National Law Enforcement Communications Center ("NLECC") report, I have learned the following:

2

### A.    Mail Theft at Llano Posta Office

6.    On or about December 29, 2017, Inspector Wright received a mail theft complaint from Lionel Perez, Llano Post Office Supervisor.  Perez reported that on December 28, 2017, several P.O. Boxes and parcel lockers had been broken into at the Post Office.  After hearing what sounded like an individual, later identified as OCHOA, prying open P.O. Boxes and parcel lockers from his office in the back of the Post Office, Perez saw an individual carrying stolen mail and getting into a silver, two door, Mercedes, California license plate number 7ZJY062 ("Ochoa's Car").  Perez was able to take several photographs of the vehicle as it left the Post Office.

7.    On or about April 2, 2018, Inspector Wright spoke with Perez regarding his mail theft complaint and learned the following:

a.    Perez said he was the supervisor at the Post Office and was working late on December 28, 2017.  According to Perez, at approximately 4:00 p.m., Perez was in his office at the rear of the Post Office.  Perez then heard someone in the P.O. Box area of the lobby.  Perez said this would be normal, since the lobby area was open until 8:00 p.m.  Perez became concerned, however, when it became obvious whoever was in the P.O. box area was attempting to pry open the parcel lockers and P.O. boxes.

b.    Perez said he did not go into the lobby to investigate, because he was afraid the suspect may become confrontational or force his way into the retail area of the

3

Post Office.  Perez said he waited for the suspect to leave and then looked out of a window in his office and saw a man walking by his window with a package and mail in his hands.

       c.   Perez said he then went to the P.O. Box area of the lobby and noticed several P.O. Boxes appeared to have been broken into.  Perez also saw the P.O. Box doors were left hanging open with their locks broken.  Perez said he also noticed several parcel lockers had been forced open and remained open with their locks bent.

8.   Inspector Wright reviewed the surveillance footage and noted, among other characteristics, the suspect's goatee, distinctive eyebrows, hairstyle, and approximate height and build.  This suspect was later identified as OCHOA, as discussed in Section C. below.

**B.   March 2, 2018 and March 5, 2018 Burglaries of the Llano Post Office**

9.   On March 5, 2018, the USPIS was made aware of another burglary at the Post Office that occurred that same day at approximately 1:30 a.m.  The surveillance footage from the Post Office showed a man with physical characteristics consistent with the man in the footage from the December 2017 incident described above, and later identified as OCHOA.  The footage showed that OCHOA entered through the front door of the Post Office and broke a glass door leading to the retail area and back office.  OCHOA appeared to use bolt cutters to break the glass door to the retail area, which was closed at the time.  Once OCHOA gained access to the retail area, he searched behind

4

the counters and triggered an alarm located in the back office area.  OCHOA then exited the Post Office.  OCHOA was wearing a white jacket that had an insignia and a dark-colored zipper (the "White Jacket") and had a goatee.

10.  While investigating the burglary on March 5, 2018, Perez told USPIS investigators that there were additional mail thefts on the evening of March 2, 2018.  An examination of surveillance footage revealed, a suspect entering the P.O. Box lobby area.  The suspect appears to use a tool to pry open P.O. Boxes and parcel lockers.  The suspect then appears to take mail from the boxes and exits the post office.  Further examination revealed that the suspect re-enters the post office and crouches near a glass door leading to the retail area.  The suspect then appears to throw a tool at the glass door several times in an apparent attempt to break the glass.  After failing to break the glass, the suspect returns to the P.O. Box area and pries open additional P.O. Boxes.  The suspect takes additional mail from the P.O. Boxes and leaves the post office.

11.  From the March 2, 2018, surveillance footage, Inspector Wright was able to obtain a clear photograph of the face of the suspect.  The suspect had a goatee and was wearing the White Jacket.

C.    Identification of OCHOA and the OCHOA CAR at the OCHOA HOME

12.  Using the California Department of Motor Vehicle database, a query was run on Ochoa's Car's license plate number, 7ZJY062, by Inspector Wright, which revealed that Ochoa's Car

was registered to Veronica Castro at 3300 15th Street West, Space 146, Rosamond, California 93560 ("Ochoa's Home").

13.   On March 22, 2018, Inspector Wright conducted surveillance at Ochoa's Home and saw Ochoa's Car parked on the street in front of Ochoa's Home.   Ochoa's Car had the same California license plate number 7ZJY062, that Perez provided to Inspector Wright.   As Inspector Wright drove by Ochoa's Home, he saw a man leave Ochoa's Home and open the driver's side door of Ochoa's Car.   Inspector Wright saw the man's face and determined that it appeared to be the same man from the March 2, 2018, surveillance footage.   Additionally, Inspector Wright saw that the man had a goatee, eyebrows, height, build, and other physical characteristics consistent with the suspect in all the surveillance videos.

14.   After the surveillance, Inspector Wright met with the mail carrier who delivered to Ochoa's Home.   The mail carrier said she was familiar with Ochoa's Home and remembered delivering mail in the name of Veroncia Castro and OCHOA there. Inspector Wright examined the mail yet to be delivered to Ochoa's Home that day and saw mail in the name of Veronica Castro and OCHOA.

15.   After speaking to the postal carrier, Inspector Wright queried the CLEAR database using the Ochoa's Home address and determined that OCHOA and Castro were associated with that address.   Inspector Wright then ran OCHOA's name in the California Department of Motor Vehicles database and pulled OCHOA's driver's license photograph.   Inspector Wright confirmed

6

that it was the same man he saw during the March 22, 2018 surveillance at Ochoa's Home and in the surveillance video from the March 2, 2018 Post Office robbery.

## V. CONCLUSION

16. For all the reasons described above, there is probable cause to believe that OCHOA has committed a violation of Title 18, United States Code, Section 2115 (Post Office Burglary).

TINH TANG
Inspector
United States Postal
Inspection Service

Subscribed to and sworn before me
this __11th__ day of April, 2018.

HONORABLE ALEXANDER F. MACKINNON
UNITED STATES MAGISTRATE JUDGE

7